JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Barcade LLC,<br><br>            Plaintiff,<br><br>   vs.<br><br>NoHo Barcade and<br>Somsong Wongsrinak,<br><br>            Defendants. | Case No.: CV 12-6891-GW(JEMx)<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: August 9, 2012 |

**[PROPOSED] ORDER**

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown:

(1)  Plaintiff's Complaint filed August 9, 2012 and all claims thereto shall be dismissed with prejudice.

Dated: March 14, 2013

_____
The Honorable George H. Wu
United States Federal District Judge
Central District of California